1  Carolyn D. Phillips    #103045
   Attorney at Law
2  P. O. Box 5622
   Fresno, California  93755-5622
3  559/248-9833

4  Attorney for defendant Alfonso Castellon

5

6              IN THE UNITED STATES DISTRICT COURT IN AND FOR

7                   THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )      Case No. 1:14-cr-00056 AWI/BAM
                                       )
10              Plaintiff,             )      DEFENDANT ALFONSO
                                       )      CASTELLON'S WAIVER OF
11  v.                                 )      PERSONAL APPEARANCE
                                       )      AND ORDER THEREON
12  ALFONSO CASTELLON,                 )
                                       )
13              Defendant.             )
    _____)

14

15        Defendant, ALFONSO CASTELLON, waives his right to be present in open

16  Court upon the hearing of any motion or other proceeding in this cause, including but

17  not limited to, when the case is ordered set for trial, when a continuance is ordered, and

18  when any other action is taken by the Court before or after trial, except upon

19  arraignment, plea, impanelment of jury and imposition of sentence.

20        Defendant Castellon hereby requests the Court to proceed during every absence

21  of his which the Court may permit pursuant to this waiver; agrees that his interests will

22  be deemed represented at all times by the presence of his attorney, Carolyn D. Phillips,

23

1  the same as if the Defendant was personally present; and further agrees to be present in

2  person in Court ready for trial any day and hour the Court may fix in his absence.

3  Defendant further acknowledges that he has been informed of his rights under

4  Title 18 United States Code, Sections 3161 – 3174 (Speedy Trial Act), and authorizes his

5  attorney to set times and delays under the Act without Defendant being present.

6

7  Dated:  March 24, 2014

8  /s/ Alfonso Castellon
   ALFONSO CASTELLON
9

   Dated:  March 24, 2014
10
   /s/ Carolyn Phillips
   CAROLYN D. PHILLIPS
11  Attorney for Alfonso Castellon

12

13  **ORDER**

14  IT IS SO ORDERED.

15

16  Dated:  **March 25, 2014**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23