Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for ALFONSO CASTELLON

## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 01:14-CR-00056 AWI/BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE ;   ORDER** |
| vs. | ) | |
| | ) | |
| ALFONSO CASTELLON, | ) | New Date:    July 28, 2014 |
| | ) | Time:         1 p.m. |
| Defendant. | ) | Crtrm:  Hon. Barbara McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status hearing in the above captioned matter, scheduled for June 23, 2014 at 1 p.m., be continued to **JULY 28, at 1:00 p.m.**

Counsel for defendant Castellon needs additional time for case preparation and investigation including review of discovery and discussions with defendant regarding a pending offer.

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, within which trial must commence, the time period of June 23, 2014, to July 28, 2014, inclusive, is deemed excludable because it results from a continuance granted by

the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated:  June 19, 2014                              BENJAMIN B. WAGNER
                                                              United States Attorney


                                                              By:_____/s/ Michael Tierney_____
                                                              MICHAEL TIERNEY
                                                              Assistant U.S. Attorney
                                                              Attorneys for the United States


Dated:  June 19, 2014                              _____/s/ Carolyn D. Phillips_____
                                                              CAROLYN D. PHILLIPS
                                                              Attorney for Defendant
                                                              ALFONSO CASTELLON




**ORDER**

IT IS ORDERED that the 2nd Status Conference hearing is continued from June 23, 2014 at 1:00 p.m., to JULY 28, 2014, at 1:00 p.m. before Judge McAuliffe.   Time excluded pursuant to  18 USC 3161 (h)**(7)**(A) and 3161 (h)**(7)**(B)(1).

IT IS SO ORDERED.

Dated**:   June 19, 2014**                          _____/s/ Barbara A. McAuliffe_____
                                                              UNITED STATES MAGISTRATE JUDGE