Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for ALFONSO CASTELLON

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 01:14-CR-00056 AWI/BAM |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | **MODIFIED STIPULATION AND ORDER TO RESET HEARING DATE ; ORDER** |
| vs. | ) ) | |
| ALFONSO CASTELLON, | ) ) | New Date: August 25, 2014<br>Time: 1 p.m. |
| Defendant. | ) | Crtrm: Hon. Barbara McAuliffe |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status hearing in the above captioned matter, scheduled for July 28, 2014 at 1 p.m., be continued to **AUGUST 25, at 1:00 p.m.**

   Counsel for defendant Castellon has been conferring with Ms. Castellon regarding the proposed plea offer, however, additional time is needed for both case preparation and investigation including review of discovery and discussions with defendant regarding a pending offer.

   Given both counsel's calendars, the next available date is August 25, 2014 for further hearing in this matter.

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *seq.*, within which trial must commence, the time period of July 28, 2014, to August 25, 2014, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated:  July 24, 2014                    BENJAMIN B. WAGNER
                                                          United States Attorney


                                                          By: /s/ Michael Tierney
                                                          MICHAEL TIERNEY
                                                          Assistant U.S. Attorney
                                                          Attorneys for the United States


Dated:  July 24, 2014                    /s/ Carolyn D. Phillips
                                                          CAROLYN D. PHILLIPS
                                                          Attorney for Defendant
                                                          ALFONSO CASTELLON

### ORDER

IT IS ORDERED that the 2nd Status hearing in this matter is continued from July 28, 2014 at 1:00 p.m., to AUGUST 25, 2014, at 1:00 p.m. before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §3161.

Dated**:  July 24, 2014**                    /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE